UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Ricardo Lamar Rodrigues,

        Defendant.

Case No. 13-cr-0180 (JNE/JJG)
ORDER

This matter comes before the Court on a Report and Recommendation [ECF No. 33] issued by United States Magistrate Judge Jeanne J. Graham on September 24, 2013. The Magistrate Judge recommends that the defendant's Motion to Suppress [ECF No. 29] and Motion to Dismiss [ECF No. 30] be denied. No objections to the Report and Recommendation were filed.

The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Magistrate Judge's Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Suppress [ECF No. 29] is DENIED.

2. Defendant's Motion to Dismiss [ECF No. 30] is DENIED.

Dated: October 16, 2013

s/Joan N. Ericksen
The Honorable Joan N. Ericksen
United States District Judge